1  LIONEL Z. GLANCY #134180
2  MICHAEL GOLDBERG #188669
   GLANCY BINKOW & GOLDBERG LLP
3  1801 Avenue of the Stars, Suite 311
   Los Angeles, California 90067
4  Telephone:   (310) 201-9150
5  Facsimile:   (310) 201-9160
   E-mail:      info@glancylaw.com
6
7  Attorneys for Plaintiff Deepak Vyas
   *[Additional Counsel on Signature Page]*
8
                   UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10
11 | DEEPAK VYAS, Individually and on Behalf | Case No. C-08-5027 SC |
   | of All Others Similarly Situated,       |                        |
12 |                                         | <u>CLASS ACTION</u>    |
   |              Plaintiff,                 |                        |
13 |                                         | **JOINT STIPULATION AND** |
14 |          v.                             | **[PROPOSED] ORDER OF DISMISSAL** |
   |                                         | **WITHOUT PREJUDICE PURSUANT TO** |
15 | CADENCE DESIGN SYSTEMS, INC.,           | **FRCivP 41(a)(1)**    |
   | MICHAEL J. FISTER, AND                  |                        |
16 | KEVIN S. PALATNIK,                      |                        |
17 |              Defendants.                |                        |

18
19 TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

20        WHEREAS, on November 4, 2008 plaintiff Deepak Vyas filed the above-captioned action

21 on his own behalf and on behalf of all others similarly situated against Cadence Design Systems,

22 Inc. ("Cadence"), Michael J. Fister and Kevin S. Palatnik, captioned *Vyas v. Cadence Design*

23 *Systems, Inc., et. al.*, Case No. C-08-5027-SC (the "Action");

24        WHEREAS, on March 4, 2009, the Court, pursuant to Federal Rule of Civil Procedure

25 42(a)(2), entered an order consolidating the Action and two related securities actions – *Hu v.*

26 *Cadence Design Systems, Inc., et al.*, No. C-08-4966 SC, and *Collins v. Cadence Design Systems,*

27
28

*Inc., et al.*, No. C-08-5273 – into a single action captioned *In re Cadence Design Systems, Inc. Securities Litigation*, Case No. C-08-4966 SC (the "Consolidated Action");

WHEREAS, also on March 4, 2009, the Court entered an order appointing Alaska Electrical Pension Fund as Lead Plaintiff, and approving Lead Plaintiff's selection of Coughlin Stoia Geller Rudman & Robbins LLP as Lead Counsel for plaintiffs and the class in the Consolidated Action;

WHEREAS, on April 24, 2009, Lead Plaintiff filed a Consolidated Complaint For Violations of The Federal Securities Laws against defendants Cadence, Michael J. Fister, Kevin S. Palatnik, William Porter and Kevin Bushby (collectively "Defendants");

WHEREAS, on September 11, 2009, the Court entered an Order dismissing the Consolidated Complaint, without prejudice, and allowing Lead Plaintiff thirty days from the date of the Order in which to file an amended complaint;

WHEREAS, on October 14, 2009, Lead Plaintiff filed in the Consolidated Action a First Amended Complaint For Violations of The Federal Securities Laws against the foregoing Defendants;

WHEREAS, on March 2, 2010, the Court entered an Order denying Defendants' motion to dismiss the First Amended Complaint;

WHEREAS, on March 16, 2010, upon stipulations of the parties, the Court entered an Order extending to April 30, 2010, the time for Defendants to answer the First Amended Complaint;

WHEREAS, plaintiff Deepak Vyas, after further investigation, no longer intends to pursue the above-captioned Action at this time on his own behalf or on behalf of the putative class; and

WHEREAS, as of the date of this filing, Defendants have not served an answer to the Complaint or moved for summary judgment;

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Deepak Vyas voluntarily dismisses the above-captioned Action, without prejudice, and the undersigned parties hereby stipulate and agree and respectfully

request that the Court enter an order dismissing the above-captioned Action, without prejudice.

    IT IS SO STIPULATED.

Dated: April 14, 2010          **GLANCY BINKOW & GOLDBERG LLP**

    /s/ Michael Goldberg
Lionel Z. Glancy #134180
Michael Goldberg #188669
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
E-mail:  info@glancylaw.com

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Attorneys for Plaintiff Deepak Vyas*

Dated: April 14, 2010          **GIBSON, DUNN & CRUTCHER LLP**

    /s/ Sally J. Berens
Sally J. Berens
1881 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

*Attorneys for Defendants*

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2010        _____
                               The Honorable Samuel Conti
                               United States District Judge

**PROOF OF SERVICE BY ELECTRONIC POSTING**
**PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL**
**RULES AND ECF GENERAL ORDER NO. 45**
**AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On April 14, 2010, I served the following by posting such document electronically to the ECF website of the United States District Court for the Northern District of California:

**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCivP 41(a)(1)**

on all parties as listed on the attached Court's Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 14, 2010, at Los Angeles, California.

            *S/ Michael Goldberg*
            Michael Goldberg

# Mailing Information for a Case 3:08-cv-05027-SC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Anchorage Police and Fire Retirement System**
  blairn@blbglaw.com

- **Peter Arthur Binkow**
  info@glancylaw.com,pbinkow@glancylaw.com

- **Ethan D. Dettmer**
  edettmer@gibsondunn.com,psaunders@gibsondunn.com

- **Lionel Z. Glancy**
  info@glancylaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Blair Allen Nicholas**
  blairn@blbglaw.com,denab@blbglaw.com,kayem@blbglaw.com,kristinas@blbglaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)